CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
November 07, 2025
LAURA A. AUSTIN, CLERK
BY:
  s/A. Beeson
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE  DIVISION**

| | | |
|---|---|---|
| **LARRY GENE HARLESS, JR.,** | ) | |
| | ) | |
| Petitioner, | ) | Case No. 7:25CV00667 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **RICK ALSBROOK,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Respondent. | ) | |

*Larry Gene Harless, Jr., Pro Se Petitioner.*

The petitioner, Larry Gene Harless, Jr., an unrepresented pretrial detainee facing Virginia criminal charges under Virginia law, filed this action as a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  Based on my careful review, I conclude that the Petition under § 2241 must be summarily dismissed.

Harless faces criminal proceedings in the Washington County, Virginia, Circuit Court on seven charges brought against him in 2023 and 2024.[*]  The charged offenses include unlawful possession of chemicals while a prisoner, manufacturing a controlled substance, and illegal firearm possession.  Court docket records indicate that the trial has been continued more than once and that the petitioner's mental

---

[*] The facts about Harless' criminal charges and court proceedings have been gleaned from the Petition and the state court's records online.

status has been an ongoing issue.  A jury trial is currently scheduled in December of this year.

The Petition asserts that Harless has been detained for more than two years without reasonable bail, was denied a prompt preliminary hearing, had property unlawfully seized, and has been denied complete discovery and a speedy trial, apparently due to the alleged ineffective assistance by prosecutors.  As relief in this action, Harless seeks:

> Dismissal on unconstitutional grounds, immediate preliminary injunction for restraining order, investigation through the following, non-bias legal research department, civil right legal research committee, judicial ethics committee, advisory committee, judicial inquiry, and review commission, to constitute expert testimony, through mediation with 3rd party counsel, with adequate compensation.

Pet. 9, Dkt No. 1.

To the extent that Harless asked this federal court to order the state court to dismiss charges or to take any particular action related to the state court criminal proceedings, I cannot find that he has stated a viable claim for relief in this pretrial habeas case. *Moss v. Salmon*, No. 7:22-CV-00039, 2022 WL 1094723, at *2 (W.D. Va. Apr. 12, 2022).

More importantly, a pretrial detainee must generally exhaust state court remedies before filing under § 2241.  While no exhaustion requirement is included in the statute itself, it is well established that federal courts should abstain from the exercise of jurisdiction if the issues raised in the petition may be resolved either by

trial on the merits in the state court or by other state procedures available to the petitioner.

I find no indication in the Petition or in state court records online that Harless presented any of his § 2241 claims to any state court before filing this federal action. Harless is not pursuing his Petition as a last resort, with no other remedy available in the state courts. The vague complaints he makes about the discovery process, bail, unlawful seizure of evidence, deficient performance by attorneys, and the timing of the preliminary hearing and the trial are run-of-the-mill matters that a defendant must present to the trial court, before or during trial, and then during the state court appeals and habeas corpus proceedings that may follow. Harless does not describe any exceptional circumstance making apparent the need for this court to consider relief under § 2241 without first requiring Harless to present his concerns to the state courts through the normal legal remedies available there. I will summarily dismiss his Petition accordingly.

A separate Final Order will be entered herewith.

DATED:  November 7, 2025

/s/  JAMES P. JONES
Senior United States District Judge